# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NORTH CAROLINA
# CIVIL ACTION NO. 4:22-cv-00046-D

**JEREMY SOUTHERLAND,** individually and on behalf of similarly situated persons,

Plaintiff,

v.

**PIRATE PIZZA, INC.,** and **ALLEN LYLE,**

Defendants.

## ORDER GRANTING JOINT MOTION FOR LEAVE TO APPEAR REMOTELY AT FINAL APPROVAL HEARING

Before the Court is the Parties' Joint Motion for Leave to Appear Remotely at Final Approval Hearing (the "Motion"). Having considered the Motion, the Court is of the opinion that it should be, and hereby is, **GRANTED.**

**IT IS HEREBY ORDERED:**

1. Counsel for the Parties have leave to appear remotely at the Final Approval Hearing via teleconference, video conference, or alternative means as directed by the Court; and

2. The Clerk of this Court will send all Counsel of record relevant dial or log-in information prior to the Final Approval Hearing.

SO ORDERED. This _21_ day of July, 2023.

JAMES C. DEVER III
United States District Judge