UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
CIVIL ACTION NO. 4:22-CV-00046-D

JEREMY SOUTHERLAND, individually and )
on behalf of similarly situated persons, )
)
        Plaintiff, )
  v. )
)
)
PIRATE PIZZA, INC., and )
ALLEN LYLE, )
)
        Defendants.

## ORDER GRANTING JOINT MOTION FOR LEAVE TO APPEAR WITHOUT LOCAL COUNSEL AT FINAL APPROVAL HEARING

Before the Court is the Parties' Joint Motion for Leave to Appear Without Local Counsel at Final Approval Hearing (the "Motion"). Having considered the Motion, the Court is of the opinion that it should be, and hereby is, **GRANTED**.

**IT IS HEREBY ORDERED**:

1. Katherine Serrano and Matthew R. Korn, both appearing in this action by Special Appearance pursuant to LR 83.1(e), have leave to appear without local counsel at the Final Approval Hearing.

SO ORDERED. This 27 day of July, 2023.

                                            JAMES C. DEVER III
                                            United States District Judge